# United States District Court

For the Western District of Texas
Austin Division

AUSA Srinivasan

**FILED**

Oct 10 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ DEPUTY

United States of America,

v.

Luis Lopez-Rodriguez
Aka: Luis Rodriguez-Lopez

Case Number: 1:19-m-645

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **October 5, 2019**, in the county of **Travis**, in the Western District of Texas, the defendant, **Luis Lopez-Rodriguez**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **October 5, 2019**, the defendant, an alien, was found in the Travis County jail, Austin, Texas, with in the Western District of Texas. A deportation officer lodged a detainer after interviewing the defendant and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Mexico** on or about **May 16, 2013**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____
Signature of Complainant (E. Mathis)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me pursuant to Fed. R. Crim P. 4.1 and 4(d)

**October 10, 2019**
_____
Date

at

Austin, Texas
_____
City and State

Andrew Austin
United States Magistrate Judge
_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer